**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Christopher Andre JACKMON,**
**Defendant–Appellant.**

**No. 12–6105.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Christopher Andre Jackmon, Appellant Pro se. William Neil Hammerstrom, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Andre Jackmon appeals the district court's order denying without an evidentiary hearing his self-styled "Motion for Specific Performance of Language of Plea Agreement/Oral Promise(s)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackmon,* No. 1:04–cr–00104–CMH–1 (E.D.Va. Dec. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*